IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTOPHER BREAZEALE**                                                                       **PLAINTIFF**

**V.**                                          **CAUSE NO. 3:15-CV-00417-CWR-LRA**

**HINDS COUNTY, ET AL.**                                                   **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Order entered by the Court this date, defendant's motion for summary judgment is granted. Docket No. 33. Judgement is entered in favor of the defendant. This case is closed.

**SO ORDERED AND ADJUDGED** this the 11th day of July, 2017.

                                                            <u>s/ Carlton W. Reeves</u>
                                                            UNITED STATES DISTRICT JUDGE